IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>EAGLE HEMP, LLC, TRIM LIFE LABS LLC, and WELL BEING LABS, LLC,<br><br>            Defendants. | ELECTRONICALLY FILED<br><br><br>No. 2:21-cv-01341-NR |

## JOINT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff and Defendants ("parties") hereby move for leave for Plaintiff to file an amended complaint. The parties met and conferred pursuant to Judge Ranjan's Practices and Procedures regarding defendants' intent to file a Rule 12 motion. Based on that conference, and to avoid motion practice, plaintiff agreed to amend its complaint to add an additional plaintiff and to more specifically plead certain aspects of its claims. The parties therefore move the Court for leave for plaintiff to file an amended complaint by December 6, 2021.

DATE: November 16, 2021                        Respectfully submitted,

/s/ Owen J. McGrann                             /s/ John K. Gisleson
Owen J. McGrann, Esq. (PA307697)     John K. Gisleson, Esquire (PA62511)
George E. McGrann, Esq. (PA25604)   Steven N. Hunchuck, Esquire (PA327892)
McGrannLAW LLC                                Morgan, Lewis & Bockius LLP
4108 Spruce Road                                One Oxford Centre
Gibsonia, PA 15044                               Thirty-Second Floor
(412) 213-8585 (telephone)                    301 Grant Street
owen@mcgrannlaw.com                       Pittsburgh, PA 15219
www.mcgrannlaw.com                          (412) 560-3300 (telephone)
                                                               (412) 560-7001 (facsimile)
*Counsel for Plaintiff, KorDev LLC*         john.gisleson@morganlewis.com
                                                               steven.hunchuck@morganlewis.com

                                                               *Counsel for Defendants, Eagle Hemp, LLC, Trim Life Labs LLC, and Well Being Labs, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2021, a copy of the foregoing **JOINT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was served on all counsel of record via the Court's CM/ECF Court Filing.

*/s/ John K. Gisleson*
John K. Gisleson