IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC,<br><br>        Plaintiff,<br><br>v.<br><br>EAGLE HEMP, LLC, TRIM LIFE LABS LLC, and WELL BEING LABS, LLC,<br><br>        Defendants. | No. 2:21-cv-01341-NR |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2021, upon consideration of the parties' Joint Motion for Leave to File Amended Complaint, it is hereby ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff has until December 6, 2021, to file an amended complaint.

BY THE COURT:

_____, J.
District Judge J. Nicholas Ranjan