IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC and MICHAEL BRYANT, | ELECTRONICALLY FILED |
| Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-01341-NR |
| EAGLE HEMP, LLC, TRIM LIFE LABS LLC, and WELL BEING LABS, LLC, | |
| Defendants. | |

**DEFENDANTS EAGLE HEMP, LLC, TRIM LIFE LABS, LLC, AND WELL BEING LABS, LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Eagle Hemp, LLC, Trim Life Labs, LLC, and Well Being Labs, LLC ("Defendants"), by and through their undersigned counsel, move this Court to dismiss portions of Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).  The grounds for this Motion are set forth in Defendants' Memorandum of Law filed contemporaneously herewith.

Defendants respectfully request oral argument, which would be argued by associate Steven N. Hunchuck.

| | |
|---|---|
| DATE: December 20, 2021 | Respectfully submitted, |
| | |
| | /s/ John K. Gisleson |
| | John K. Gisleson, Esquire (PA62511) |
| | Steven N. Hunchuck, Esquire (PA327892) |
| | Morgan, Lewis & Bockius LLP |
| | One Oxford Centre |
| | Thirty-Second Floor |
| | 301 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 560-3300 (telephone) |
| | (412) 560-7001 (facsimile) |
| | john.gisleson@morganlewis.com |
| | steven.hunchuck@morganlewis.com |
| | |
| | Kenneth M. Kliebard, Esquire (*pro hac vice* to be filed) |
| | Morgan, Lewis & Bockius LLP |
| | 110 N. Wacker Drive |
| | Chicago, IL 60606-1511 |
| | (312) 324-1774 (telephone) |
| | (312) 324-1001 (facsimile) |
| | kenneth.kliebard@morganlewis.com |
| | |
| | *Counsel for Defendants, Eagle Hemp, LLC, Trim Life Labs LLC, and Well Being Labs, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2021, a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** was electronically filed with the Clerk of Court for the Western District of Pennsylvania using the Court's CM/ECF Court Filing system, which will send notification of such filing to all registered counsel of record.

*/s/ John K. Gisleson*
John K. Gisleson