IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC and MICHAEL BRYANT, | ELECTRONICALLY FILED |
| Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-01341-NR |
| EAGLE HEMP, LLC, TRIM LIFE LABS LLC, and WELL BEING LABS, LLC, | |
| Defendants. | |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2021, upon consideration of Defendants Eagle Hemp, LLC, Trim Life Labs LLC, and Well Being Labs, LLC's Motion to Dismiss Amended Complaint, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rules of Civil Procedure 12(b)(6), all Counts against Defendants Trim Life Labs, LLC and Well Being Labs, LLC are DISMISSED WITH PREJUDICE.  Further, Counts II and III against Defendant Eagle Hemp, LLC are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____, J.
District Judge J. Nicholas Ranjan