## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KorDev LLC<br>Michael Bryant<br><br>**Plaintiff,**<br>vs.<br>Eagle Hemp, LLC<br>Trim Life Labs LLC<br>Well Being Labs, LLC<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:21-cv-01341-NR<br>Judge J. Nicholas Ranjan |

### Fed. R. Civ. P. 26(f) REPORT OF THE PARTIES

1. **Subjects of Fact Discovery:**

   Subject to the Court's ruling on Defendants' Motion to Dismiss, the parties anticipate the following subjects: the conduct of the parties post execution of the MSA; negotiations and prior course of dealing; the conduct of and communications between Eagle Hemp and Konnektive; and Eagle Hemp's financials insofar as implicated by damages claimed under the MSA.

2. **Subjects of Expert Discovery:**

   Plaintiffs might desire a damages expert.

3. **Can fact and expert discovery occur at the same time? Why/why not?**

   The only potential experts are on damages and might be able to commence, if needed, before the conclusion of fact discovery.

4. **Pre-trial Deadlines:**
   a. Date for Initial Disclosures: 8/23/2022

      **b.** Date for joinder/amendment: 9/23/2022
      **c.** Date for close of fact discovery: 12/17/2022
      **d.** Date for close of expert discovery, if bifurcated: 2/1/2023

5. **Do the parties want a Rule 502 non-waiver order – Yes or No?**

   Yes 

6. **Are there any ESI issues to address? If yes, please explain:**

   Yes. The parties request the Court enter their proposed ESI Order.

7. **Protective Order – Yes or No? If yes, please explain:**

   Yes. The parties request the Court enter their proposed protective order.

                                                                                              Respectfully submitted,

| /s/ John K. Gisleson | /s/ Owen J. McGrann |
|---|---|
| John K. Gisleson, Esquire (PA62511) | Owen J. McGrann, Esquire |
| Steven N. Hunchuck, Esquire (PA327892) | Pa. I.D. # 307697 |
| Morgan, Lewis & Bockius LLP | George E. McGrann, Esquire |
| One Oxford Centre | Pa. I.D. # 25604 |
| Thirty-Second Floor | McGrannLAW LLC |
| 301 Grant Street | 4108 Spruce Road |
| Pittsburgh, PA 15219 | Gibsonia, PA 15044 |
| (412) 560-3300 (telephone) | (412) 213-8585 |
| (412) 560-7001 (facsimile) | |
| john.gisleson@morganlewis.com | Counsel for Plaintiffs, KorDev LLC and |
| stevenhunchuck@morganlewis.com | Michael Bryant |

Kenneth M. Kliebard (Pro hac vice to be filed)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive
Chicago, IL 60606-1511
T: (312) 324-100
F: (312) 324-1001
kliebard.kenneth@morganlewis.com

Counsel for Defendants, Eagle Hemp, LLC, Trim Life Labs LLC, and Well Being Labs, LLC