IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC, | ELECTRONICALLY FILED |
| Plaintiff, | |
| v. | No. 2:21-cv-01341-NR |
| EAGLE HEMP, LLC and TRIM LIFE LABS LLC, | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KORDEV LLC

McGrannLAW LLC, Owen J. McGrann, Esquire, and George E. McGrann, Esquire file this Motion to Withdraw as Counsel for Plaintiff KorDev LLC ("KorDev").

1. McGrannLAW LLC, Owen McGrann, Esquire, and George E. McGrann, Esquire were retained by KorDev in the above captioned action in August 2021.

2. The attorney-client relationship has been irretrievably broken.

3. KorDev has represented to McGrannLAW LLC that it is unable to satisfy past due balances for work performed by counsel on this matter.

4. KorDev is unable to provide any estimate as to when counsel's fees will be paid and is further unable to state whether it will be in a position to pay counsel moving forward.

5. The undersigned are unable to continue representing KorDev without timely payment for legal services rendered.

6. KorDev has been advised that there are irreconcilable differences and that the undersigned would be petitioning this Court for leave to withdraw as counsel.

7. A succeeding attorney is not known.

8. Undersigned counsel has filed a Response to Defendants' Motion to Dismiss KorDev's Second Amended Complaint on contemporaneously with the filing of this Motion and has advised KorDev of upcoming deadlines and requirements.

9. KorDev has been advised by the undersigned and understands that a lack of legal representation in this matter could result in the dismissal this action.

10. A copy of this Motion, which KorDev has consented to, is being served on KorDev.

WHEREFORE, McGrannLAW LLC, Owen J. McGrann, Esquire, and George E. McGrann, Esquire respectfully request that this Court grant their Motion for Leave to Withdraw as Counsel and Grant them leave to withdraw their appearance for KorDev LLC in this action

**CONSENTED TO:**

/s/ Michael Bryant
By:   Michael Bryant
       President & CEO
       KorDev LLC

KorDev LLC
1701 Sampson Street
Conway, PA 15207
(412) 491-9503

DATE: September 21, 2022	Respectfully submitted,

 /s/ Owen J. McGrann
Owen J. McGrann, Esquire
Pa. I.D. # 307697
/s/ George E. McGrann
George E. McGrann, Esquire
Pa. I.D. # 25604

McGrannLAW LLC
4108 Spruce Road
Gibsonia, PA 15044
(412) 213-8585

*Counsel for Plaintiff, KorDev LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of September, 2022, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KORDEV LLC** was filed electronically with the Clerk of Court for the Western District of Pennsylvania using the Court's CM/ECF Court Filing system, which will send notification of such filing to all registered counsel of record.

                   */s/ Owen J. McGrann*
                   Owen J. McGrann