# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE HEMP, LLC and TRIM LIFE LABS LLC,<br><br>    Defendants. | 2:21-cv-1341-NR |

## ORDER

**AND NOW**, this **27th day of September, 2022**, after carefully considering the Motion to Withdraw as Counsel for Plaintiff KorDev LLC filed by McGrannLAW LLC, Owen J. McGrann, Esq., and George E. McGrann, Esq. (ECF 33), it is hereby **ORDERED** that the motion is **GRANTED**. McGrannLAW LLC, Owen J. McGrann, Esq., and George E. McGrann, Esq., are granted withdrawal from this case.

It is **FURTHER ORDERED** that all deadlines in the instant case are **STAYED**. New counsel for KorDev must enter his or her appearance by no later than **November 1, 2022**. KorDev's failure to secure new counsel by this deadline could result in the Court dismissing this case for failure to prosecute.

Finally, it is **ORDERED** that McGrannLAW LLC shall promptly serve a copy of this order on a representative of KorDev by email and U.S. Mail, and then file proof of service to the docket once service has been completed.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge