IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EAGLE HEMP, LLC and TRIM LIFE LABS, LLC,<br><br>　　　　　Defendants. | Civil Action No. 2:21-cv-01341-NR |

**[PROPOSED] ORDER**

AND NOW, this ___ day of November, 2022, upon consideration of Defendants' Rule 41(b) Motion to Dismiss Plaintiff's Second Amended Complaint, it is hereby ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____, J.
　　　　　　　　　　　　　　　　　　　District Judge J. Nicholas Ranjan