IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KORDEV LLC,

       Plaintiff,

v.

EAGLE HEMP, LLC;

       Defendant.

2:21-CV-1341

| | |
|---|---|
| **Hearing Type:** | Video Status Conference |
| **Date:** | 4/17/2023 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Tillman Finley |
| Counsel for Defendant | Steven Hunchuck and John Gisleson |
| Court Reporter | None |
| Law Clerk | JA |
| Start Time | 9:05 a.m. |
| End Time | 9:16 a.m. |

**SUMMARY OF PROCEEDINGS:**

Status conference held to discuss the current status of the case.

Discovery and mediation discussed.

By 4/21/2023, the parties shall jointly file a renewed motion to amend the case management order that sets forth the parties' new proposed deadlines.