IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORDEV LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>EAGLE HEMP, LLC,<br><br>          Defendant. | No. 2:21-cv-01341-NR |

**PLAINTIFF KORDEV LLC'S NOTICE REGARDING EAGLE HEMP, LLC BANKRUPTCY PETITION**

    Plaintiff KorDev LLC ("KorDev"), by and through its undersigned counsel, hereby advises the Court that it has received notice that both Eagle Hemp, LLC and Trim Life Labs, LLC have filed Chapter 11 bankruptcy petitions in the United States Bankruptcy Court for the Middle District of Florida (Case Nos. 8:23-bk-04137-RCT and 8:23-bk-04138-RCT, respectively).  It appears that they did so on September 20, 2023, approximately three weeks after Eagle Hemp, through its President Barry Atkins, sought from this Court an enlargement of time to engage new counsel, representing it "has been diligently working to retain new attorneys but has been unsuccessful to date" and that any delay "caused by a continuance will not prejudice KorDev."  (Doc. 94 at 2.) While the Court struck that motion, it nevertheless agreed to extend the deadline by which Eagle Hemp was required to respond to KorDev's motion for default judgment in order to allow Eagle Hemp time to secure counsel.  (Doc. 95.)  Eagle Hemp instead used that time to file for bankruptcy.

    Despite that Eagle Hemp failed to file notice of the bankruptcy proceedings with this Court, the undersigned counsel understand 11 U.S.C. § 362 to operate to stay this proceeding. Accordingly, it would not appear that the Court can proceed with the motion hearing scheduled

for December 19, 2023 at this time.

DATE:  November 15, 2023                    Respectfully submitted,

*/s/ Tillman J. Finley*
Tillman J. Finley (DC477737)
tfinley@marinofinley.com
Daniel Marino (PA38892; *pro hac vice*)
dmarino@marinofinley.com
MARINO FINLEY LLP
818 Connecticut Avenue, N.W., Suite 801
Washington, DC  20006
Tel:  202.223.8888

Gary W. Rich (WV3078; *pro hac vice*)
Law Office of Gary W. Rich, L.C.
438 Fountain View
Morgantown, WV  26505
garywrich@comcast.net

*Attorneys for Plaintiff KorDev LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of November, 2023, I caused the foregoing to be served upon the following via U.S. Mail, postage prepaid.

| | |
|---|---|
| Barry Atkins, President<br>Eagle Hemp, LLC<br>2844 Interstate Drive, Suite 111<br>Lakeland, FL  33805 | George L. Southworth, Registered Agent<br>Eagle Hemp, LLC<br>11317 N 52nd Street<br>Tampa, FL  33617 |

                                               */s/ Tillman J. Finley*
                                               Tillman J. Finley